# Barry Siskin
ATTORNEY AT LAW
225 WEST 34TH STREET - SUITE 900
NEW YORK, NEW YORK 10122

(212) 868-1330

September 14, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 27 2005 ★

BROOKLYN OFFICE

Honorable Magistrate Judge Cheryl Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Singh v. Maresco
D/A: 9/20/02
Docket #: CV-04-1439 (JS)

Honorable Magistrate Judge Pollack,

As the Court is aware, I am the Attorney-of-Record for the Plaintiff, Davinder Singh, on the above action assigned to your Honor.

The Court is also aware that yesterday, a Conference was held in your Honor's Chambers, in which you orally ordered defense counsel, Paul K. Ryan, Esq., of the office of Downing & Peck, P.C., attorneys for both Defendants, to provide by tomorrow to this office the address of the Defendant, Beau Burtnick, which was provided yesterday (see their faxed letter of September 13, 2005, enclosed) after the Conference.

The Court also directed me to fax this letter to Chambers, after receipt of Mr. Burtnick's address from his counsel, requesting an additional (sixty) day extension in which to (re)-serve him.

Would the Court be so kind as to approve this request by so-ordering the bottom of this letter or in any other manner deemed acceptable.

I am, of course, transmitting a copy of this letter to adversarial counsel and remain,

                          Very truly yours,

                          BARRY SISKIN, ESQ.

BY FAX to    1) 718—260-2358 (Court)
                 2) (212) 514-9241 (Downing & Peck)

*Request granted*
*So Ordered.*

                        s/Cheryl Pollak

                        USMJ
                        9/20/05

LAW OFFICES

# DOWNING & PECK, P.C.

ATTORNEYS AND COUNSELORS AT LAW

5 HANOVER SQUARE · 20TH FLOOR

NEW YORK, NY 10004

JOHN M. DOWNING
MARGUERITE D. PECK
JOHN M. DOWNING, JR.
ALISON D. METZLER

TEL (212) 514-8190
FAX (212) 514-9241

ERNEST J. PECK
PAUL K. RYAN
WILLIAM K. KIRRANE

**VIA FAX (212)-695-7575 and REGULAR MAIL**

September 13, 2005

BARRY SISKIN, ESQ.
225 West 34th Street – Suite 900
New York, New York 10122

    Re:    Davinder Singh v. Maresco and Burtnick
           Our File #: 3.1061
           D/Accident: 9/20/02

Dear Mr. Siskin:

Pursuant to Judge Pollack's directive of this date, please be advised that the following is the address for Mr. Beau Burtnick:

        MR. BEAU BURTNICK
        1145 North Boyd Parkway
        North Brunswick, New Jersey 08902

Please find attached hereto our letter dated July 25, 2005 regarding the authorizations and affidavit discussed at today's conference. Kindly forward said authorizations and affidavit as soon as possible.

Additionally, please provide a copy of the stamped affidavit of service of the summons and complaint upon defendant, Maresco.

Re:  Davinder Singh v. Maresco and Burtnick
Our File #: 3.1051                                           Sept. 13, 2005
D/Accident: 9/20/02                                                  Page 2

Thank you for your attention to this matter.

                                    Very truly yours,

                                  DOWNING & PECK, P.C.

PKR:fc                                          By: /PAUL K. RYAN

# BARRY SISKIN
## ATTORNEY-AT-LAW
225 WEST 34TH STREET, SUITE 900
NEW YORK, NEW YORK 10122
(212) 868-1330

## FACSIMILE COVER SHEET

DATE: Sept. 20, 2005

TO: Sonja c/o Hon. Mag. Judge Pollack

FROM: B. Siskin

RE: Singh v. Maresco, et. ano.
Docket #: CV-04-1439

Fax #: (212)-695-7575 —mine
(718)-260-2358

TOTAL PAGES SENT: 3
(INCLUDING COVER SHEET)

Comments: Per our conversation earlier, enclosed is letter "fax"-ed last week, which you have acknowledged was received and approved by the judge + sent to the Clerk's office. Please have the judge re-so-order + fax to me at (212)-695-7575

THE FAXING OF THE ENCLOSED DOCUMENT EITHER TO OR FROM THIS OFFICE IS NOT A CONSENT TO ACCEPT FAX SERVICE OF ANY FUTURE DOCUMENTS IN THIS CASE OR ANY OTHER CASE. THIS OFFICE EXPRESSLY DECLINES AND REFUSES FAX SERVICE OF ANY PAPERS OR DOCUMENTS IN ANY MATTER.