UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVINDER SINGH,

                Plaintiff,

  -against-

RALOH C. MARESCO,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 1439 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB -7 2008 ★

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 6, 2008, granting defendant's motion for summary judgment; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
        February 06, 2008

                                                                s/Robert C. Heinemann
                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court